JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY DUNLAP,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; JOHNSON CONTROLS, INC., and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-cv-07250-SB-MAA<br><br>(Honorable Stanley Blumenfeld, Jr.)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)]**<br><br>Complaint Filed:　August 21, 2019<br>Discovery Cut-off:　January 12, 2021<br>Motion Cut-off:　December 14, 2020<br>Bench Trial:　　　May 3, 2021 |

# ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 15, 2021

———————————————————
HONORABLE STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT COURT JUDGE